# Exhibit (A)




Go Back    **Notice: Policy Warning**    Open    No category                                                 Assigned To: **You**   11-01-2019 09:46:57 AM

### Information

**Notice: Policy Warning**
From : "notice@amazon.com" <notice@amazon.com>
To : notify@ojcommerce.com    **Received On : 11-01-2019 09:46:57 AM**



-- Jeff Runyon
-- jrunyon@actiontec.com

We can only accept retractions if the rights owner clearly states that they made an error. For any other reason, please explain to us why you were warned in error so that we can investigate the case.

What happens if I do not provide the requested information?
Your listings will remain inactive. We reserve the right to destroy the inventory associated with this violation if proof of authenticity is not provided within 90 days.

ASIN: B013J7OBUU
Infringement type: Counterfeit
Trademark asserted: 2498183
Complaint ID: 6558599811

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl...

Sincerely,
Amazon.com

Reply | Forward | Assign | Categorize | Tag | Attach Order |  | Snooze | Complete
Delete | Hold

### Task Notes

| Date | Note | Creator |
|---|---|---|
| 11-01-2019 09:50:44 | To: mgardner@ojcommerce.com Message : Dear Mark Gardner, A new task is assigned to you. Please use the below link to open the task. Link : https://auth.ojcommerce.com/Tasks/Detail/144464 click here | jacob |
| 11-01-2019 09:49:58 | To: shloimy@ojcommerce.com CC: mgardner@ojcommerce.com Message : | jacob |

Showing 1 to 2 of 2 entries                Display  5    <  1  >

### Task Viewer Log

# Exhibit (B)



3076 N. Commerce Parkway, Miramar, FL 33025
954.861.0025 • sam@hechtlawpa.com
www.hechtlawpa.com

November 1, 2019

ACTIONTEC ELECTRONICS, INC.
ACTIONTEC ELECTRONICS (SALES) INC.
Dean Chang, President
Jeff Runyon, Sales Manager
3301 OLCOTT ST
SANTA CLARA CA 95054

### Re: CEASE AND DESIST & LITIGATION HOLD NOTICE

Dear Mr. Dean Chang and Mr. Jeff Runyon:

Please be advised that the undersigned represents OJ Commerce, LLC ("OJC") against your company, as well as you personally, in connection with your false and malicious complaint to Amazon, for violations of Federal and Florida State unfair and deceptive trade practices, defamation, slander, and tortious interference.

Specifically, on November 1, 2019, you opened complaint id # 6558599811 with Amazon, falsely claiming that OJC's Actiontec Bonded MoCA 2.0 Ethernet to Coax Adapter is counterfeit, knowing full well that is not true. Your complaint was malicious, false, slanderous and defamatory, and such willful tortious conduct specifically targeted to harm OJC's business reputation, goodwill. See attached a copy of your complaint.

**OJC hereby demands that you cease and desist these abusive practices immediately, and send a full retraction to Amazon within 48 hours. You must respond to us in writing with a copy of your retraction. Failure to do so will result in legal action against Standard Sales, Inc dba Stansport and its affiliates, including but not limited to the causes of action laid out above.**

Furthermore, OJC will soon be seeking discovery to identify all paper documents, physical items, electronic documents, data, or other evidence and materials within the definition of Rule 34 of the Federal Rules of Civil Procedure that may be relevant to the abovementioned Ligation *as well as to similar claims related to similarly situated plaintiffs*[1] ("Documents"). As part of this process, you must preserve and safeguard, and must not alter, delete, destroy, or discard, any paper documents, physical items, or electronic documents and data you have relating to the Litigation and claims above.

---

[1] In what seems to be a disturbing pattern, the undersigned has received multiple complaints against Stansport for similar actions. For this reason, please preserve all such Documents in connection with what may become a class action complaint.



3076 N. Commerce Parkway, Miramar, FL 33025
954.861.0025 • sam@hechtlawpa.com
www.hechtlawpa.com

This litigation hold notice (the "**Notice**") applies to all paper documents, physical items, and electronic documents and data that may be relevant to the Litigation. Relevant paper documents include correspondence, handwritten notes, telephone logs, calendars, and other business records. **If you are unsure about whether certain documents and data are relevant, you should preserve them.**

You also must take affirmative steps to preserve, and suspend any deletion, overwriting, modification, or other destruction of all relevant electronic documents and data under your control. Electronic data includes correspondence, telephone logs, and other business records, such as emails including Outlook PST/Lotus Notes NSF/ files, voicemails, text messages, instant messages (IMs), calendars, word processing files, spreadsheets, PDFs, JPEGs, PowerPoint presentations, Access, Oracle and other databases, including cloud-based storage, temporary internet files, cookies, .ZIP files, and all other forms of electronic information, wherever it resides, including the Internet. You must preserve this information in its current form, without moving any electronic information or changing any related metadata (for example, a document's creation or last access date).

Your preservation obligation also extends to the preservation of relevant data on external media, including hard drives, DVDs, CDs, USBs, personal home computers, laptops, and mobile devices, including PDAs, cell phones, and tablets. In sum, all paper and electronically stored information must be preserved intact and without modification. **Please note this list is not intended to be exhaustive and you must preserve any and all information relevant to this dispute.**

Please perverse all such evidence and materials until such time as the Litigation is complete and any potential claims are finally disposed of, whether through litigation or other means.

Your failure to preserve relevant data may constitute spoliation of evidence and may subject you to sanctions. *See* e.g., *DeLong v. A-Top Air Conditioning Co.,* 710 So. 2d 706 (Fla. 3d DCA 1998) (affirming dismissal with prejudice of claim where party failed to preserve evidence material to case). We trust you will preserve any and all Documents for the duration of this dispute. In the event a dispute arises out of your failure to preserve Documents, we will rely on this letter as evidence of our request and notice of your preservation obligations.

GOVERN YOURSELF ACCORDINGLY,

Shlomo Y Hecht, Esq.