# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

OJ COMMERCE LLC                    Case No: 0:19-cv-62778-RKA
    Plaintiff

v.

ACTIONTEC ELECTRONICS, INC et al
    Defendants
_____/

## **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, OJ COMMERCE, LLC hereby files its notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The parties have reached a settlement agreement, and all claims within the complaint filed on November 6, 2019 [D.E. 1] are hereby dismissed with prejudice.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel for Defendants via email.

                Respectfully submitted,

                Shlomo Y. Hecht, P.A.
                3076 N Commerce Parkway
                Miramar, FL 33025
                Phone: 954-861-0025
                Fax: 615-413-6404

                By: /s/ Shlomo Y Hecht
                Florida State Bar No.: 127144
                Email: sam@hechtlawpa.com
                Attorney for Plaintiff