UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62778-CIV-ALTMAN/Hunt

**OJ COMMERCE, LLC**,

    *Plaintiff*,

v.

**ACTIONTEC ELECTRONICS, INC.**, *et al.*,

    *Defendants*.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 7]. Having carefully reviewed the record, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Except as otherwise agreed by the parties, each party shall bear its own fees and costs. The Clerk shall **CLOSE** this case forthwith, all deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of December 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record